UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADIA ROBERTS, *et al.*, | CASE NO. CV-F-12-724 LJO SKO |
| Plaintiffs, | **ORDER TO DISMISS AND CLOSE** |
| vs. | |
| UBS AG, et al., | |
| Defendants. | |

Pursuant to Plaintiffs' request to dismiss defendant Charles Falk, filed on June 7, 2012, and Fed. R. Civ. P. 41, this Court DISMISSES defendant Charles Falk **only.**

IT IS SO ORDERED.

**Dated:   June 8, 2012**                              /s/ Lawrence J. O'Neill
                                                                         UNITED STATES DISTRICT JUDGE