IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADIA ROBERTS, et al.,<br><br>              Plaintiffs,<br><br>     vs.<br><br>UBS AG, et al.,<br><br>              Defendants.<br>_____/ | CASE NO. CV F 12-0724 LJO SKO<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED**<br>(Doc. 18.) |

On November 19, 2012, defendant UBS AG filed a motion a F.R.Civ.P. 12(b)(6) motion to dismiss and set a December 20, 2012 hearing. The deadline to file an amended complaint under F.R.Civ.P. 15(a)(1)(B) will expire no later than December 13, 2012. The deadline to oppose UBS AG's F.R.Civ.P. 12(b)(6) motion to dismiss expired on December 6, 2012. As such, this Court ORDERS plaintiffs, no later than December 13, 2012, to file and serve papers to show good cause why this Court should not dismiss this action. This Court will discharge this order to show cause if plaintiffs, no later than December 13, 2012, file a first amended complaint.

IT IS SO ORDERED.

**Dated:     December 11, 2012**                    **/s/ Lawrence J. O'Neill**
                                                                    UNITED STATES DISTRICT JUDGE

1