1
2
3
4
5
6                    **IN THE UNITED STATES DISTRICT COURT**

7                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9   NADIA ROBERTS, et al.,                        CASE NO. CV F 12-0724 LJO SKO

10                      Plaintiffs,               **ORDER TO VACATE HEARING AND TO TERM MOTION**

11          vs.                                   (Doc. 18.)

12   UBS AG, et al.,

13                      Defendants.
     _____/

14

15          On November 19, 2012, defendant UBS AG filed its F.R.Civ.P. 12 motion to dismiss plaintiffs'

16   original complaint and set a December 20, 2012 hearing.  On December 13, 2012, plaintiffs filed their

17   first amended complaint as a matter of course under F.R.Civ.P. 15(a)(1).  As such, this Court:

18          1.      VACATES the December 20, 2012 hearing in that the first amended complaint renders

19                  moot the F.R.Civ.P. 12 motion to dismiss the original complaint;

20          2.      DIRECTS the clerk to term the F.R.Civ.P. 12 motion to dismiss the original complaint

21                  (doc. 18); and

22          3.      ORDERS UBS AG, no later than January 14, 2012, to file papers to respond to the first

23                  amended complaint.

24   This Court will take no further action on the F.R.Civ.P. 12 motion to dismiss the original complaint

25   (doc. 18).

26          IT IS SO ORDERED.

27   **Dated:    December 13, 2012**            ___/s/ Lawrence J. O'Neill___
                                                UNITED STATES DISTRICT JUDGE
28

                                                1