1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADIA ROBERTS, an individual, et al. ) | CASE NO.  CASE NO.  1:12-CV-00724-LJO-SKO |
| ) | |
| Plaintiffs, ) | |
| ) | **ORDER RE DISMISSAL WITH PREJUDICE OF PLAINTIFFS' 4TH CLAIM FOR RELIEF** |
| v. ) | |
| ) | |
| UBS AG, a foreign Swiss corporation, et al. ) | |
| ) | |
| Defendants. ) | |

- 1 -

1  Pending before the Court is the Parties' Stipulation To Dismiss With Prejudice
2  Plaintiffs' 4th Claim for Relief In Second Amended Complaint which was included in
3  error following the Court's order on UBS AG's Motion to Dismiss.
4  Based on the Stipulation filed and for good cause appearing, the Court orders the
5  following:
6  1.   The 4th Claim for Relief is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated:   **March 4, 2013**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE