1  William J. King, Esq. (Bar No. 199908)
2  THE WJK LAW FIRM, P.C.
   1432 Edinger Ave., Suite 200
3  Tustin, CA 92780
   Tel.:  (714) 640-6029
4  Fax:  (714) 640-6843
5  Email:  wking@wjkLawFirm.com

6

7

8

9                UNITED STATES DISTRICT COURT

10         FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  NADIA ROBERTS, an individual, et al.   ) CASE NO.  1:12-CV-00724-LJO-SKO
13                                         )
14            Plaintiffs,                  )
                                           )
15      v.                                 ) **REQUESTS FOR DISMISSAL OF**
                                           ) **DEFENDANTS CHARLES FALK**
16  UBS AG, a foreign Swiss corporation, et al. ) **WITHOUT PREJUDICE;**
                                           ) **PROPOSED] ORDER**
17                                         )
18            Defendants.                  ) **SHEILA K. OBERTO**
                                           ) **U.S. MAGISTRATE JUDGE**
19  _____ )

20

21       Pursuant to F.R.C.P. Rule 41(a), Plaintiffs herein request the dismissals, without
22  prejudice of the following named Defendants in the above – entitled action:
23       1.    MICHEL GUIGNARD, an individual;
24       2.    MARTIN LIECHTI, an individual;
25       3.    RAOUL WEIL, an individual;
26       4.    CHRISTIAN BOVAY, an individual;
27       5.    BEDA SINGENBERGER, an individual;
28       6.    SINCO TRULAND AG, a foreign Swiss business entity, form unknown;

1    7.    RICKENBACH & PARTNER, a foreign Swiss business entity, form
2  unknown;

3    8.    GILBERT ZELLWEGER, an individual;

4    9.    THE BANK OF N.T. BUTTERFIELD & SON LIMITED a foreign
5  Bermuda business entity, form unknown;

6    10.    WEGELIN & CO. a foreign Swiss limited partnership;

7    11.    DELTA INVESTMENT PARTNER AG, a foreign Swiss business entity,
8  form unknown;

9    12.    NZB NEUE ZURCHER BANK a foreign Swiss business entity;

10    13.    ZURCHER KANTONALBANK, a foreign Swiss business entity.

11

12  DATED:  August 2, 2013

13

14                             **RESPECTFULLY SUBMITTED,**

15

16     _/s/ William J. King_____
       William J. King, Esq. (Bar No. 199908)
17     THE WJK LAW FIRM, P.C.
       1432 Edinger Ave., Suite 200
18     Tustin, California 92780
       T: (714) 640-6029
19     F: (714) 640-6843
       Email: wking@wjkLawFirm.com
20

21

22

23

24

25

26

27

28

- 2 -

REQUEST FOR DISMISSAL OF MULTIPLE DEFENDANTS WITHOUT PREJUDICE