UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADIA ROBERTS, et al., | CASE NO. CV F 12-0724 LJO SKO |
| Plaintiffs, | **ORDER TO DISMISS CERTAIN DEFENDANTS** |
| | (Doc. 6) |
| vs. | |
| UBS AG, et al., | |
| Defendants. | |

Based on plaintiffs' notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES without prejudice from this action only the following defendants;

1. Michel Gunignard;
2. Martin Liechti;
3. Raoul Weil;
4. Christian Bovay;
5. Beda Singenberger;
6. Sinco Truland AG;
7. Rickenbach & Partner;
8. Gilbert Zellweger;
9. The Bank of N.T. Butterfield & Son Limited;
10. Wegelin & Co.;

1

1. 11.    Delta Investment Partner AG;
2. 12.    NZB Neue Zurcher Bank; and
3. 13.    Zurcher Kantonalbank.

The clerk is directed not to close this action.

IT IS SO ORDERED.

Dated:   **August 5, 2013**                         **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE