UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADIA ROBERTS, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UBS AG, a foreign Swiss corporation, et al.,<br><br>　　　　Defendants. | CASE NO. 1:12-cv-00724-LJO-SKO<br><br>**ORDER AND STIPULATION EXTENDING TIME TO COMPLETE PLAINTIFFS' DEPOSITIONS** |

　　　The undersigned counsel, on behalf of Plaintiffs and Defendant UBS AG ("UBS," collectively with Plaintiffs, the "Parties"), hereby stipulate and agree as follows:

　　　WHEREAS, on December 4, 2013, the Court entered a Scheduling Order setting a Non-Expert Discovery cut-off of July 18, 2014 ("Non-Expert Discovery Cut-Off");

　　　WHEREAS, on June 2, 2014, UBS requested that counsel provide agreeable dates for the deposition of each Plaintiff during the final two weeks of June and first two weeks of July of 2014;

　　　WHEREAS, on June 5, 2014, having been provided with an agreeable date for only one Plaintiff, UBS noticed the deposition of each Plaintiff between June 19 and July 14, 2014, and requested that Plaintiffs' counsel advise counsel for UBS of any scheduling conflicts with the noticed dates as soon as possible;

　　　WHEREAS, on June 18, 2014, counsel for Plaintiffs advised that the dates noticed were not agreeable to seven of the Plaintiffs, because Plaintiffs Sean Roberts, Nadia Roberts, Jeffrey Chernick,

SIMBA, SHUMBA, Bernhard Gubser, and Heidi Gubser were not available to sit for a deposition until after the July 18 Non-Expert Discovery cut-off;

WHEREAS, on July 7, 2014, counsel for Plaintiffs advised that Plaintiff Anton Ginzburg was not available to sit for deposition on the date previously provided by Mr. Ginzburg, and on July 14 advised that Mr. Ginzburg would not be available again to sit for deposition until after the July 18 Non-Expert Discovery cut-off;

WHEREAS, due to the unavailability of Plaintiffs Sean Roberts, Nadia Roberts, Jeffrey Chernick, SIMBA, SHUMBA, Bernhard Gubser, Heidi Gubser, and Anton Ginzburg until after the discovery cut-off, Plaintiffs' counsel agreed to stipulate to conduct the depositions after July 18, 2014 on dates on which both Plaintiffs and their counsel are available;

WHEREAS, this Stipulation is supported by good cause as set forth in the Declaration of Elizabeth M. Burnside filed concurrently herewith;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and UBS, through their respective counsel, that the Non-Expert Discovery Cut-Off currently scheduled for July 18, 2014 will be extended for the purposes of taking the following depositions on the following dates:

1. Plaintiff Sean Roberts's deposition will be taken on July 29, 2014 at 10:00 a.m. in Fresno, California;
2. Plaintiff Nadia Roberts's deposition will be taken on July 30, 2014 at 10:00 a.m. in Fresno, California;
3. Plaintiff Jeffrey Chernick's deposition will be taken on July 31, 2014 at 10:00 a.m. in Los Angeles, California;
4. Plaintiff SIMBA's deposition will be taken on August 1, 2014 at 9:00 a.m. in Los Angeles, California;
5. Plaintiff SHUMBA's deposition will be taken on August 1, 2014 at 1:30 p.m. in Los Angeles, California;
6. Plaintiff Anton Ginzburg's deposition will be taken on August 7, 2014 at 10:00 a.m. in Los Angeles, California;
7. Plaintiff Heidi Gubser's deposition will be taken on August 19, 2014 at 10:00 a.m. in

Los Angeles, California;

8. Plaintiff Bernhard Gubser's deposition will be taken on August 20, 2014 at 10:00 a.m. in Los Angeles, California.

IT IS FURTHER HEREBY STIPULATED by and between Plaintiffs and UBS, through their respective counsel, that, in the event that the deposition of any Plaintiff cannot be completed on the date set forth above, any deposition of any Plaintiff will be completed no later than August 30, 2014.

Dated: July 14, 2014

      DEAN J. KITCHENS
      GIBSON, DUNN & CRUTCHER LLP

By:  /s/ Dean J. Kitchens
              Dean J. Kitchens

Attorney for Defendant UBS AG

Dated: July 14, 2014

      WILLIAM J. KING
      THE WJK LAW FIRM, P.C.

By:  /s/ William J. King (as authorized on 7/14/2014)
              William J. King

Attorney for Plaintiffs, Nadia Roberts, et al.

//
//
//
//
//
//
//

**ORDER**

Good cause appearing, pursuant to the parties' Stipulation, the request for an extension of time to complete Plaintiffs' depositions is GRANTED. It is hereby ORDERED that:

1) The depositions of Plaintiffs Sean Roberts, Nadia Roberts, Jeffrey Chernick, SIMBA, SHUMBA, Bernhard Gubser, Heidi Gubser, and Anton Ginzburg shall be completed pursuant to the timeline set forth in the parties' Stipulation;

2) The depositions of all Plaintiffs shall be completed by no later than August 30, 2014; and

3) All other dates in the Scheduling Order issued on December 4, 2013, shall remain unchanged. (Doc. 62.)

IT IS SO ORDERED.

Dated:  **July 17, 2014**                              **/s/ Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE