UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADIA ROBERTS, et al.,<br><br>                Plaintiffs,<br><br>    v.<br><br>UBS AG, a foreign Swiss corporation, et al.,<br><br>                Defendants. | CASE NO. 1:12-cv-00724-SKO<br><br>**STIPULATION AND ORDER RE EXTENSION OF CASE CALENDAR** |

The undersigned counsel, on behalf of Plaintiffs and Defendant UBS AG ("UBS," collectively with Plaintiffs, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, on December 4, 2013, the Court entered a Scheduling Order in the above-captioned action setting the following cut-off dates:

- Non Expert Discovery: July 18, 2014;
- Expert Disclosure: August 22, 2014;
- Supplemental Expert Disclosure: September 5, 2014;
- Expert Discovery: October 17, 2014;
- Filing of Dispositive and Non-Dispositive Motions: November 17, 2014;
- Hearing on Non-Dispositive Motions: December 17, 2015;
- Hearing on Dispositive Motions: January 7, 2015;

WHEREAS, in addition to the above deadlines, the Court's Scheduling Order set a Settlement Conference on September 16, 2014 at 10:30 a.m., a Pre-Trial Conference on February 11, 2015 at

1  2:00 p.m., and a Trial date of March 17, 2015 at 8:30 a.m.;

2  WHEREAS, on July 17, 2014, the Court extended the date by which the depositions of
3  Plaintiffs Sean Roberts, Nadia Roberts, Jeffrey Chernick, SIMBA, SHUMBA, Bernhard Gubser, and
4  Heidi Gubser to August 30, 2014;

5  WHEREAS, during the recent depositions of Arthur Joel Eisenberg, Jeffrey Chernick, and
6  Anton Ginzburg, each Plaintiff has recollected the existence of additional documents relevant to their
7  remaining cause of action for Professional Malpractice, and have produced those documents to UBS
8  as recently as August 11, 2014;

9  WHEREAS, Plaintiffs Bernhard and Heidi Gubser produced an additional documents relating
10 to their remaining cause of action for Professional Malpractice on August 18, 2014;

11 WHEREAS, the Parties believe that additional time is necessary to permit their respective
12 experts to review these materials in connection with their Rule 26 expert reports, currently due on
13 August 22, 2014;

14 WHEREAS, the Parties believe a Settlement Conference will be more productive after the
15 mutual exchange of expert reports;

16 WHEREAS, on June 27 and 30, 2014, Plaintiffs each served a notice of deposition of UBS
17 pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure;

18 WHEREAS, after UBS objected to the scope of the depositions noticed, the Parties reached
19 an agreement as to the scope of a single deposition of UBS pursuant to Rule 30(b)(6), which is to
20 take place at a date convenient to all Parties in London, England;

21 WHEREAS, this Stipulation is supported by good cause as set forth in the Declaration of
22 Elizabeth M. Burnside filed concurrently herewith;

23 NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and UBS,
24 through their respective counsel, that the existing dates established by the Scheduling Order be
25 extended to the following dates:

26 • Expert Disclosure:  September 22, 2014;

27 • Supplemental Expert Disclosure:  October 3, 2014;

28 • Expert Discovery:  November 14, 2014;

- Filing of Dispositive and Non-Dispositive Motions:  December 19, 2014;
- Hearing on Non-Dispositive Motions:  January 21, 2015;
- Hearing on Dispositive Motions:  February 11, 2015;

IT IS FURTHER HEREBY STIPULATED by and between Plaintiffs and UBS, through their respective counsel, that, the dates currently set by the Scheduling Order for the Settlement Conference on September 16, 2014 at 10:30 a.m., the Pre-Trial Conference on February 11, 2015 at 2:00 p.m., and Trial on March 17, 2015 at 8:30 a.m. each be extended for at least 30 days to dates agreeable to the Court.

IT IS FURTHER HEREBY STIPULATED by and between Plaintiffs and UBS, through their respective counsel, that a deposition of UBS pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure may be taken on a date agreeable to all parties no later than October 24, 2014 in London, England.

Dated:  August 20, 2014

DEAN J. KITCHENS
GIBSON, DUNN & CRUTCHER LLP


By:  /s/ Dean J. Kitchens
           Dean J. Kitchens

Attorney for Defendant UBS AG

Dated:  August 20, 2014

WILLIAM J. KING
THE WJK LAW FIRM, P.C.


By:  /s/ William J. King (by permission on 8/19/2014)
           William J. King

Attorney for Plaintiffs, Nadia Roberts, et al.

///
///
///

# ORDER

Pursuant to the parties' stipulation and for good cause stated, the scheduling order is modified as set forth below:

| Events | Current Deadline | Modified Deadline[1] |
|---|---|---|
| Expert Disclosure | August 22, 2014 | **September 22, 2014** |
| Rebuttal Expert Disclosure | September 5, 2014 | **October 3, 2014** |
| Settlement Conference | September 16, 2014 | **October 23, 2014** |
| Expert Discovery Cutoff | October 17, 2014 | **November 14, 2014** |
| Non-Dispositive motion filing | November 17, 2014 | **December 19, 2014** |
| Non-Dispositive motion hearing | December 17, 2014 | **January 21, 2015** |
| Dispositive motion filing | November 17, 2014 | **December 19, 2014** |
| Dispositive motion hearing | January 7, 2015 | **February 11, 2015** |
| Pretrial Conference | February 11, 2014 | **March 18, 2015** |
| Trial | March 17, 2015 | **April 28, 2015** |

IT IS SO ORDERED.

Dated:   **September 4, 2014**           **/s/ Sheila K. Oberto**
                                           UNITED STATES MAGISTRATE JUDGE

---

[1] Only the dates of these events have been modified.  The settlement conference remains set for 10:30 a.m. in Courtroom 9; the pretrial conference remains set for 2:00 p.m.; and the trial remains set for 8:30 a.m.