**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NADIA ROBERTS, *et al.*, | ) No.  1:12-cv-00724---SKO |
| Plaintiffs. | ) **ORDER DIRECTING CLERK OF** |
| v. | ) **COURT TO ADMINISTRATIVELY** |
| UBS AG, a foreign Swiss corporation, *et al.*, | ) **CLOSE CASE** |
| Defendants. | ) |

On September 5, 2014, Plaintiffs Nadia Roberts and Sean Roberts ("Plaintiffs") filed a Stipulation and Proposed Order re: Dismissal with Prejudice of Entire Action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Doc. 73.)

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action with a court order by filing: . . . (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).  "The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice."  *Wilson v. City of*

*San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).  At this stage in the proceedings, Plaintiff has the absolute right to dismiss his claims, without prejudice.  *Duke Energy Trading and Marketing, L.L.C. v. Davis*, 267 F.3d 1042, 1049 (9th Cir. 2001).  The filing of the notice itself has the effect of closing the action, and the Court no longer has jurisdiction over the claims.  *Id.*

Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this file pursuant to the parties' stipulation to dismiss this action with prejudice filed on September 5, 2014.

IT IS SO ORDERED.

Dated:     **September 10, 2014**                    **/s/ Sheila K. Oberto**
                                                              UNITED STATES MAGISTRATE JUDGE